IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HENRY GRICE                                                                                         PLAINTIFF

v.                                                No. 3:12CV00156 JLH

CRITTENDEN COUNTY TIMES; and
CRITTENDEN COUNTY PUBLISHING COMPANY                           DEFENDANTS

## ORDER

Rule 4(m) of the Federal Rules of Civil Procedure provides:

If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Here, the complaint was filed on June 28, 2012. On October 26, 2012, the plaintiff filed a motion to extend the time for service. The Court granted the motion and extended the time for service up to and including December 11, 2012. That time has passed, and the docket does not show that any defendant has been served with summons and complaint.

Pursuant to Rule 4(m), the Court hereby gives notice that this action will be dismissed without prejudice unless the plaintiff shows, on or before January 23, 2013, that he has served the defendants with summons and complaint or that there is good cause for his failure to do so.

IT IS SO ORDERED this 9th day of January, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE