IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HENRY GRICE                                                                                      PLAINTIFF

v.                                    No. 3:12CV00156 JLH

CRITTENDEN COUNTY TIMES; and
CRITTENDEN COUNTY PUBLISHING COMPANY                         DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

Pending before the Court is plaintiff's motion to dismiss with prejudice. The motion is GRANTED. Document #6.

IT IS SO ORDERED this 14th day of January, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE